# Intended Notice Recipients – Method of Notice

District/Off: 0209–2     User: lampley     Date Created: 8/27/2008
Case: 2–08–02027–JCN     Form ID: pdfattch     Total: 5

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
aty     David H. Ealy     dealy@trevettetal.com, sgoodlein@trevettetal.com
aty     Kenneth W. Gordon     kengor@rochester.rr.com

TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
          Michael J. Personte, Esq.     204 East Ridge Road     Rochester, NY 14623
          Ms. Brenda L. DuFoe     143 Cedar Terrace     Hilton, NY 14468
          Kathleen Schmitt, Esq.     Office of the U.S. Trustee     100 State Street     Room 6090     Rochester, NY 14614

TOTAL: 3